**Marquicio JOHNSON,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104252**

Missouri Court of Appeals,
Eastern District,
**SOUTHERN DIVISION.**

Filed: June 6, 2017

FOR APPELLANT: Srikant Chiguru-
pati, Missouri Public Defender's Office,
1010 Market Street, Suite 1100, St. Louis,
Missouri 63101.

FOR RESPONDENT: Daniel N.
McPherson, Assistant Attorney General,
PO Box 899, Jefferson City, Missouri
65102.

Before Philip M. Hess, C.J., Lawrence
E. Mooney, J., Robin Fulton, Sp.J.

### ORDER

PER CURIAM

Marquicio Johnson (Movant) appeals
from the judgment of the Circuit Court of
St. Louis County denying his Rule 29.15
motion for post-conviction relief following

an evidentiary hearing. Movant argues
that his trial counsel was ineffective for
failing to object and request a mistrial
after a juror allegedly fell asleep during
Movant's trial. Finding no error, we af-
firm.

We have reviewed the briefs of the par-
ties and the record on appeal and have
determined that an extended opinion
would serve no jurisprudential purpose.
We have, however, provided a memoran-
dum opinion only for the use of the parties
setting forth the reasons for our decision.
Rule 84.16(b).